UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-00279-HSG |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| ROBERT BELL JR., | |
| Defendant. | |

On July 30, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- one Taurus, model 03, 9mm pistol bearing serial number ABN373397;
- eight rounds of 9mm ammunition;
- one 9mm magazine that was inserted into the Taurus, model 03, 9mm pistol bearing serial number ABN373397;

pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853.

The United States represents that it has complied with publication of the notice requirements of the Preliminary Order and that no petitions have been filed.

1   THEREFORE, it is so ordered that the above-described property shall be forfeited to the United
2   States pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(C) and Title 28, United
3   States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal
4   Procedure and Title 21, United States Code, Section 853. All right, title, and interest in said property is
5   vested in the United States of America. The appropriate federal agency shall dispose of the forfeited
6   property according to law.

8   IT IS SO ORDERED this 11th day of December, 2025.

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge